IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NIGHTHAWK ROYALTIES LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 18-10989 (BLS)<br><br>(Joint Administration Requested) |

**DECLARATION OF CHUCK WILSON IN SUPPORT OF THE DEBTORS' REQUEST FOR JOINT ADMINISTRATION AND APPROVAL OF THE APPOINTMENT OF FOREIGN REPRESENTATIVE**

I, **CHUCK WILSON**, hereby declare, under penalty of perjury, as follows:

1.　I am the Chief Operating Officer and a member of the Board of Directors of Nighthawk Energy plc ("**Nighthawk Energy**"), Nighthawk Royalties LLC ("**Nighthawk Royalties**"; together with the Nighthawk Energy, the "**Debtors**"), Nighthawk Production LLC ("**Nighthawk Production**"), and OilQuest USA LLC ("**OilQuest**"; collectively with the Debtors and Nighthawk Production, "**Nighthawk**"). I perform my duties from Nighthawk's corporate headquarters located at 1805 Shea Center Dr., Suite 290, Highlands Ranch, Colorado 33131.

2.　I joined Nighthawk in 2011. As part of Nighthawk's management team, I am responsible for the management oversight of Nighthawk, and I am familiar with the day-to-day operations, business, and financial affairs of Nighthawk. I have 38 years of experience in the oil and gas industry ranging from drilling, completion and production operations to surface equipment installations. I hold a Bachelor of Science degree in Petroleum Engineering from the University of Wyoming and in addition have held several positions within the Society of Petroleum Engineers and the American Association of Drilling Engineers. I was appointed by

---

[1] The Debtors in these Chapter 11 Cases, along with the last four (4) digits of each Debtor's federal employer identification number, are: Nighthawk Royalties LLC (6709) and Nighthawk Energy plc (1701). The business address of the Debtors is 1805 Shea Center Dr., Suite 290, Highlands Ranch, CO 80129.

the Debtors to act as the foreign representative of the Debtors by resolution of the Board of Directors of Nighthawk Energy dated April 30, 2018.

3. I submit this declaration (the "**Declaration**") to assist the Court, as well as creditors and other parties in interest, in understanding the circumstances that compelled the commencement of these chapter 11 cases (the "**Chapter 11 Cases**") and also in support of: (a) the Debtors' voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") filed on the date hereof (the "**Petition Date**"); and (b) the relief that the Debtors have requested from the Court in the form of a motion for joint administration (Docket No. 4) (the "**Joint Administration Motion**") and a motion to approve the appointment of a foreign representative (Docket No. 5) (the "**Foreign Representative Motion**").

4. Except as otherwise indicated herein, all facts set forth in this Declaration are based upon my personal knowledge of the Debtors' operations and finances, information learned from my review of relevant documents, information supplied to me by other members of the Debtors' management and the Debtors' advisors, or my opinion based on my experience, knowledge, and information concerning the Debtors' operations and financial condition. I am authorized to submit this Declaration on behalf of the Debtors, and, if called upon to testify, I could and would testify competently to the facts set forth herein.

5. Nighthawk is an independent oil and natural gas company with its headquarters located and Denver, Colorado and substantially all its assets and operations located in the DJ Basin in Colorado. Debtor Nighthawk Energy is a corporation incorporated under the law of England and Wales and is publicly listed on AIM, part of the London Stock Exchange (AIM:HAWK). Debtor Nighthawk Royalties is a limited liability company organized under the laws of the Delaware and is wholly-owned by Nighthawk Energy. Non-Debtor Nighthawk

Production is a limited liability company organized under the laws of the Delaware and is wholly-owned by Nighthawk Royalties. Non-Debtor OilQuest USA is a limited liability Company organized under the laws of Colorado and is wholly-owned by Nighthawk Royalties. A chart depicting this corporate structure is attached as **Exhibit** "**A**" hereto. I understand that because Nighthawk Royalties is a wholly-owned subsidiary of Nighthawk Energy they are "affiliates" of one another within the meaning of section 101(2) of the Bankruptcy Code.

6. Nighthawk's principal business activity is the exploration for, as well as the development and sale of, hydrocarbons. It operates solely in the state of Colorado where it holds interests in over 150,000 net mineral acres in and around Lincoln County. Nighthawk operates its exploration and production business principally through Nighthawk Production. OilQuest USA has interests in certain royalties, but it does not have any operations or other business activity.

7. Nighthawk's business has been affected by a period of macroeconomic and industry distress and a failed waterflooding project. These various factors triggered defaults under Nighthawk's loan facility with its senior secured lender Commonwealth Bank of Australia ("**CBA**"), and rendered Nighthawk incapable of meeting debt service to CBA and its other debtholders. Through a series of amendments to the CBA loan facility, CBA has agreed to forbear from exercising its remedies for a period of almost two years.

8. Pursuant to that certain Ninth Amendment to its Credit Agreement with CBA (the "**Ninth Amendment**"), in January 2018 Nighthawk retained SSG Capital Advisors, LLC as its investment banker to explore strategic alternatives, including a potential restructuring or the sale of substantially all of Nighthawk's assets. Nighthawk Energy executed a signed letter of intent dated April 11, 2018 with a prospective purchaser of substantially all of Nighthawk's assets in a

sale process to be conducted pursuant to section 363 of the Bankruptcy Code. Since executing the letter of intent, Nighthawk and the prospective purchaser have been actively working to finalize definitive sale documents and prepare for the Nighthawk Production Chapter 11 filing. CBA issued a notice of default and reservation of rights letter to Nighthawk on April 19, 2018.

9.　　On April 26, 2018, Nighthawk Energy received a letter from its largest shareholder, Fastighets AB Korpralen[2] (the "**Claesson Entities**"), threatening to commence shareholder litigation against Nighthawk Energy and its directors and officers in a bold attempt to derail the sale process implemented by the Board of Directors and management of Nighthawk in the exercise of their fiduciary duties. In negotiating and entering into the Ninth Amendment, Nighthawk was permitted to seek a restructuring transaction with the Claesson Entities and its affiliates. The Company and its advisers actively sought to obtain a proposal from the Claesson Entities for a financial restructuring, but received no meaningful proposal to restructure and recapitalize the Company adequately.

10.　　Faced with the prospect of imminent, value-destructive litigation in the courts of England and Wales, and seeking to maximize value for their creditors, the Debtors have accelerated the filing of these Chapter 11 Cases so as to preserve the ability to place Nighthawk Production under the protection of chapter 11 and proceed with and ultimately consummate a sale of substantially all of Nighthawk's assets under section 363 of the Bankruptcy Code following entry into a definitive purchase and sale agreement. Until such time as a definitive purchase and sale agreement is entered into and consummated, the Debtors intend to continue their operations in the ordinary course of business.

---

[2] Fastighets AB Korpralen is a Swedish company affiliated with Johan Claesson, a former director of Nighthawk Energy.

11. In furtherance of these objectives, and as noted, I have been appointed by the Debtors to act as their foreign representative to commence ancillary proceedings as may be necessary or appropriate in aid of the intended sale of the assets of Nighthawk. I am prepared to accept the appointment as the foreign representative of the Debtors.

* * *

For the reasons described herein, I believe that the prospect for achieving these objectives for the benefit of creditors and other stakeholders will be substantially enhanced if this Bankruptcy Court grants the relief requested in the Joint Administration Motion and the Foreign Representative Motion and respectfully request the Bankruptcy Court to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 30, 2018

*/s/ Chuck Wilson*
Chuck Wilson
Chief Operating Officer of the Debtors

# EXHIBIT A

(Corporate Structure Chart of Nighthawk)

